LAW OFFICES OF
# ROBERT L. KRASELNIK, PLLC
271 MADISON AVE, SUITE 1403
NEW YORK, NY 10016

robert@kraselnik.com
www.kraselnik.com

Tel: 212-576-1857
Fax: 212-576-1888

May 28, 2013

Via: ECF
The Honorable Robert M. Levry, U.S.M.J.
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

Re: HERNANDEZ et. ano. v TEQUILA JOE'S INC. et. al.
Civil Action No. 12-CV-6045

Dear Judge Levy:

We represent the Plaintiff in this matter and write pursuant to Your Honor's Order dated May 14, 2013. After conducting further investigation into the issues arisen from this case (restaurant is no longer open), we feel it is in Plaintiffs' best interest to withdraw their claims against Defendants in this Court and pursue their claims with the New York Department of Labor. Accordingly, we will be filing a Stipulation of Dismissal without prejudice shortly.

We thank Your Honor for considering this matter.

Respectfully submitted,

Robert L. Kraselnik